# OSBORN LAW P.C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/2021

| Daniel A. Osborn, Esq. | 43 West 43rd Street, Suite 131 | Email: info@osbornlawpc.com |
|---|---|---|
| Lindsay M. Trust, Esq. | New York, New York 10036 | www.osbornlawpc.com |
| | Phone: 212-725-9800 | |
| | Facsimile: 212-500-5115 | |

November 19, 2021

**VIA ECF**

Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**APPLICATION GRANTED**

*Katharine H Parker*

Hon. Katharine H. Parker, U.S.M.J.

11/22/2021

> Re:     *Aban v. Commissioner of Social Security,*
>         Civil Action No. 1:20-cv-11067-KHP

Dear Judge Parker,

We write on behalf of plaintiff, Aaron Alberto Aban, and with the consent of the defendant, to request a 60-day extension of time to deliver plaintiff's portion of the Joint Stipulation to defendant. Plaintiff's portion of the Joint Stipulation is due on November 23, 2021. Plaintiff respectfully requests an extension of time up to and including January 24, 2022. This is plaintiff's first request for an extension.

Subject to the approval of the Court, the parties propose the following revised briefing schedule:

a.  Plaintiff to serve his portion of the Joint Stipulation to defendant on or before **January 24, 2022**;

b.  Defendant to serve its portion of the Joint Stipulation to plaintiff on or before **February 23, 2022**; and

c.  Plaintiff to incorporate his reply to the Joint Stipulation (if any) on or before **March 9, 2022**; and

Honorable Katharine H. Parker
November 19, 2021
Page 2

        d.  <u>Commissioner to sign and electronically file the Joint Stipulation on or before **March 14, 2022**</u>.

Thank you for your consideration of this request.

Respectfully submitted,

s/Daniel A. Osborn
Daniel A. Osborn
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone:    212-725-9800
Facsimile:    212-500-5115
dosborn@osbornlawpc.com

cc: Susan Branagan, Esq. (by ECF)