# OSBORN LAW P.C.

Daniel A. Osborn, Esq.      43 West 43rd Street, Suite 131     Email: info@osbornlawpc.com
Lindsay M. Trust, Esq.       New York, New York 10036      www.osbornlawpc.com
                                        Phone: 212-725-9800
                                        Facsimile: 212-500-5115

January 21, 2022

**VIA ECF**

Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**APPLICATION GRANTED**

/s/ Katharine H. Parker

Hon. Katharine H. Parker, U.S.M.J.

01/21/2022

         Re:     *Aban v. Commissioner of Social Security,*
                      Civil Action No. 1:20-cv-11067-KHP

Dear Judge Parker,

       We write on behalf of plaintiff, Aaron Alberto Aban, and with the consent of the defendant, to request a 60-day extension of time to deliver plaintiff's portion of the Joint Stipulation to defendant. Plaintiff's portion of the Joint Stipulation is due on January 24, 2022. Plaintiff respectfully requests an extension of time up to and including March 25, 2022. This is plaintiff's second request for an extension. This request is necessitated by the twelve briefs due to be filed by our office within the next two weeks.

       Subject to the approval of the Court, the parties propose the following revised briefing schedule:

        a. Plaintiff to serve his portion of the Joint Stipulation to defendant on or before **March 25, 2022**;

        b. Defendant to serve its portion of the Joint Stipulation to plaintiff on or before **April 25, 2022**; and

        c. Plaintiff to incorporate his reply to the Joint Stipulation (if any) on or before **May 16, 2022**; and

Honorable Katharine H. Parker
January 21, 2022
Page 2

        d.   <u>Commissioner to sign and electronically file the Joint Stipulation on or before **May 20, 2022**</u>.

Thank you for your consideration of this request.

        Respectfully submitted,

        s/Daniel A. Osborn
        Daniel A. Osborn
        OSBORN LAW, P.C.
        43 West 43rd Street, Suite 131
        New York, New York 10036
        Telephone:    212-725-9800
        Facsimile:     212-500-5115
        dosborn@osbornlawpc.com

cc: Susan Branagan, Esq. (by ECF)